Western District of Tennessee

UNITED STATES OF AMERICA

v.

MICHAEL R. AGEE                                        Case No.  2:06-cr-20076-1-Ma

_____

ORDER RELIEVING FEDERAL DEFENDER
_____

     The Federal Defender's Office had previously been appointed to represent the defendant in this matter.  The defendant appeared before the court on this date for a detention hearing with private counsel.  As the defendant has retained private counsel to represent him, the Federal Defender's Office is hereby relieved of further representation of this defendant.

     SO ORDERED this the 26th day of July, 2006.


                                                    s/ James H. Allen

                                                    UNITED STATES MAGISTRATE JUDGE


This document entered on the docket sheet in compliance
with Rule 55 and/or Rule 32(b) FRCrP on _____